UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YI CHAO FENG,

                Petitioner,

-against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES; MARY ANN GANTNER,
District Director, New York District of
U.S. Citizenship and Immigration Services,

                Respondents.
-------------------------------------------------------------X

JUDGMENT
05-CV- 3267 (ARR)

An Order of Honorable Charles P. Sifton, United States District Judge, having been filed on November 4, 2005, dismissing the action with prejudice and without costs or attorney's fees to either party; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that the action is dismissed with prejudice and without costs or attorney's fees to either party.

Dated: Brooklyn, New York
       February 03, 2006

ROBERT C. HEINEMANN
Clerk of Court